# EXHIBIT 1

**No. 22-15827**

---

**IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH
CIRCUIT**

---

FELLOWSHIP OF CHRISTIAN ATHLETES, AN OKLAHOMA
CORPORATION, ET AL.,

Plaintiffs-Appellants,

v.

SAN JOSE UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, ET AL.,

Defendants-Appellees,

---

Appeal from the United States District Court
For the Northern District of California
Honorable Haywood S. Gilliam, Jr.
(4:20-cv-02798-HSG)

---

**DECLARATION OF STEPHEN MCMAHON IN SUPPORT OF
APPELLEES' CONDITIONAL CROSS-MOTION TO SUPPLEMENT
RECORD**

---

Amy R. Levine
alevine@DWKesq.com
Dannis Woliver Kelley
200 California Street, Suite 400
San Francisco, CA 94111
Telephone: (415) 543-4111

Richard B. Katskee
katskee@au.org
Kenneth D. Upton, Jr.
upton@au.org
Americans United for Separation of Church and State
1310 L Street NW, Suite 200
Washington, DC 20005
Telephone: (202) 466-3234

Stephen P. Berzon
sberzon@altber.com
Stacey M. Leyton
sleyton@altber.com
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151

---

*Attorneys for Defendants-Appellees San Jose Unified School District Board of
Education, et al.*

1

Case: 22-15827, 03/01/2023, ID: 12665471, DktEntry: 148-2, Page 3 of 4

I, STEPHEN MCMAHON, declare and state:

1.     I am submitting this declaration in support of Appellees'/Defendants' Conditional Cross-Motion to Supplement the Record.  I know the facts stated in this declaration to be true based on my own personal knowledge, and if called as a witness, I could and would competently testify to these facts.

2.     I am the Deputy Superintendent for the San José Unified School District (the "District").  In that capacity, I work closely with the Superintendent to implement board policy in the District, and am generally familiar with that policy. I previously served as the District's Chief Business Officer since 2013 (though the Deputy Superintendent duties continue to include those of the Chief Business Officer).  Prior to that, I served as a teacher (including a teacher of the leadership class at Pioneer High School) and as the President of the San José Teachers Association.  In addition, I also attended the San José Unified School District as a student.  Because of my broad and long experience with the District, I am also generally familiar with how student activities operate within the District.

3.     In early September 2022, in response to the Ninth Circuit's reversal of the district court's denial of Plaintiffs' motion for a preliminary injunction, the District, through counsel, indicated that it would approve an application for ASB recognition submitted by Pioneer FCA.  It also agreed to find faculty advisors for Pioneer FCA, even though finding a faculty advisor is normally the responsibility of the student organizers of the club since clubs are to be student-initiated and student-run.  Two Pioneer High School teachers, Sarah Day and Tim Koring, volunteered to act as faculty advisors, and were appointed to carry out that task.

4.     Later this school year, the District automated and streamlined the process by which student clubs submitted applications for ASB recognition.  Now, the system automatically generates a uniform constitution for each club, and the

2

uniform constitution provides that the only membership eligibility requirement is to be a currently enrolled student at the school, and defines membership to begin when a student signs the club roster and membership to end at the end of the school year or after a member misses three consecutive meetings. The form constitution requires that student clubs commit to the District's non-discrimination requirement, including that all members are eligible to seek leadership positions.

5.    Implementation of the new application procedure caused a delay in approving student clubs other than Pioneer FCA; while Pioneer FCA was approved in September 2022 without having to commit to the non-discrimination requirement (or later submitting to the new automated application system), all other clubs throughout the District were required to complete applications through the automated system and commit to the non-discrimination requirements, and were then approved in January 2023.

6.    Other than Pioneer FCA, no other FCA-affiliated club applied for ASB recognition at any District high school for the 2022-2023 school year.

7.    If this Court were to affirm the district court's denial of a preliminary injunction, the District would not revoke Pioneer FCA's ASB recognition for the current school year, but would no longer grant it any exceptions to its application procedures in future school years.

I declare under penalty of perjury under the laws of the United States that the foregoing is true.

Executed this  1  st day of March, 2023, in Truckee, California.

_____
STEPHEN MCMAHON