# EXHIBIT 2

**No. 22-15827**

---

## IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

---

FELLOWSHIP OF CHRISTIAN ATHLETES, AN OKLAHOMA CORPORATION, ET AL.,

Plaintiffs-Appellants,

v.

SAN JOSE UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, ET AL.,

Defendants-Appellees,

---

Appeal from the United States District Court
For the Northern District of California
Honorable Haywood S. Gilliam, Jr.
(4:20-cv-02798-HSG)

---

## DECLARATION OF MICHELLE MAYHEW IN SUPPORT OF APPELLEES' CONDITIONAL CROSS-MOTION TO SUPPLEMENT RECORD

---

Amy R. Levine
alevine@DWKesq.com
Dannis Woliver Kelley
200 California Street, Suite 400
San Francisco, CA 94111
Telephone: (415) 543-4111

Richard B. Katskee
katskee@au.org
Kenneth D. Upton, Jr.
upton@au.org
Americans United for Separation of Church and State
1310 L Street NW, Suite 200
Washington, DC 20005
Telephone: (202) 466-3234

Stephen P. Berzon
sberzon@altber.com
Stacey M. Leyton
sleyton@altber.com
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151

---

*Attorneys for Defendants-Appellees San Jose Unified School District Board of Education, et al.*

1

I, MICHELLE MAYHEW, declare and state:

1.     I am submitting this declaration in support of Appellees'/Defendants' Conditional Cross-Motion to Supplement the Record.  I know the facts stated in this declaration to be true based on my own personal knowledge, and if called as a witness, I could and would competently testify to these facts.

2.     I am the Activities Director of Pioneer High School ("Pioneer"), a secondary school within the San Jose Unified School District ("District").  As Activities Director, I oversee student clubs and groups at Pioneer, including those clubs officially recognized by the Associated Student Body ("ASB").

3.     On or about September 3, 2022, Pioneer FCA submitted, and the District accepted and approved, an application for ASB recognition from two students, whom I refer to by their initials, N.M. and B.C., who said they were going to be officers of the Pioneer FCA student club for the 2022-2023 school year.  A true and correct copy of the completed application is attached hereto as Exhibit A.  In that application, they noted, in response to Question #15, that "student leaders must agree with the religious beliefs of Pioneer FCA and agree to conduct themselves according to those beliefs, which they do by signing the FCA Student Leader Application."

4.     Question #22 of the application for ASB approval asked, "Does the club agree to the following Affirmation Statement?"  The Affirmation Statement set forth various elements of the District's non-discrimination policy, including its requirements that any student be allowed to seek and hold leadership positions in the club regardless of his or her status or beliefs, that the club not have leadership criteria based on actual or perceived sexual orientation, and that the club's leadership criteria not violate the District's All-Comers policy.  In response to that

2

Question, Pioneer FCA wrote: "We agree with the language below subject to the explanation above in response to Question 15 that we ask our leaders to agree with our religious beliefs as stated in the FCA Student Leader Application."

5.      On September 7, 2022, I sent an email to N.M. and other club leaders letting them know that their applications had been received by the District, and that there would be a mandatory meeting on Monday, September 12, 2022 at lunch in the Performing Arts Center ("PAC"), and that each club needed to send a representative to this meeting.  A true and correct copy of that email is attached hereto as Exhibit B.

6.      I did not receive a response from N.M. or anyone else on behalf of Pioneer FCA.  I was present at the September 12, 2022 mandatory club meeting, but neither N.M., B.C., nor any other representative appeared on behalf of Pioneer FCA.

7.       I am not aware of Pioneer FCA's having met or organized any club activities during the fall semester of the 2022-2023 school year, nor am I aware of FCA Pioneer's having met or organized any activities thus far in the spring semester.  Any schoolwide activities, like speaker events, would have come to my attention, but no one from Pioneer FCA ever contacted me regarding posting fliers, reserving a room, or getting permission to bring a speaker onto campus.

8.      Later this school year, the District automated and streamlined the process by which student clubs (other than Pioneer FCA) were to submit applications for ASB recognition.  Now, the system automatically generates a uniform constitution for each club, and the uniform constitution provides that the only membership eligibility requirement is to be a current student, and defines membership to begin when a student signs a club roster, and to end at the end of the school year or after a member misses three consecutive meetings.  The form constitution requires that student clubs commit to the District's non-discrimination

3

requirements, including the rule that all members are eligible to seek leadership positions.

9.      A true and correct copy of the form club constitution, without the name or purpose of the club filled in, is attached hereto as Exhibit C.

10.     On January 9, 2023, I sent an email to all the student contacts for all clubs informing them that club rush would take place on January 12, 2023.  The email reminded club leaders about details of club rush, including that clubs need to provide a posterboard for their table advertising their club, offer a sign-up sheet, and provided an email address so that members can communicate with the club.  A true and correct copy of that email is attached hereto as Exhibit D.

11.     I did not receive a response from N.M. or any other representative of Pioneer FCA in response to my January 9, 2023 email about club rush. Nonetheless, I set up a table for Pioneer FCA at club rush, just in case a representative decided to attend.   I also sent a call slip to N.M.'s class so she could be excused from class to participate in club rush.

12.     I was personally present at the January 12, 2023 club rush, and saw that no one from Pioneer FCA was at the table during the event.  I also did not hear anything from N.M. or B.C. about whether they intended to participate, or why they did not show up.

13.     I spoke to N.M. on January 18 or 19 to follow up on the status of Pioneer FCA.  I told N.M. that Pioneer FCA could still be a club, and asked her if she wanted to get the club going.  She told me that she didn't think Pioneer FCA wanted to be a club this year.

14.     By the end of January, 2023, all other ASB approved clubs who asked for ASB accounts were in the process of submitting their budgets.  I did not receive any budget from Pioneer FCA.

15.     On February 3, 2023, I sent an email to N.M. and to B.C. to see if Pioneer FCA planned to meet as a club this school year (since N.M. had told me the last time we had spoken that it did *not*), and to remind them that Ms. Day and Mr. Koring were their faculty advisors and "[were] willing to help out with whatever you need."   A true and correct copy of that email is attached hereto as Exhibit E.  I sent a similar email to other clubs that had not been at club rush or complied with all of the club requirements yet.

16.     On February 3, 2023, I received an email response from N.M. in which she said that although she wasn't previously sure whether Pioneer FCA actually did want to be an official club during the second semester, it did now, and that she would send another email soon with the names of the new leaders.  She also asked that I put Pioneer FCA on the list of online student groups, and tell her how the club could apply for funding.  A true and correct copy of that email is attached hereto as Exhibit F.   (No funding from the District is provided to any club, but clubs that are ASB-approved may utilize an ASB financial account where they deposit their own funds.  As mentioned above, Pioneer FCA never submitted a budget or attended the orientation meeting where club procedures and requirements were explained.)

17.     As of the date of this Declaration, I have not received any additional emails from N.M. and still do not know who Pioneer FCA's new leaders are (if any).  I spoke with N.M. on March 1, 2023, and she indicated that the group would start meeting by the end of March.  However, to my knowledge, Pioneer FCA has still not held a meeting on campus this school year and I do not know whether, in fact, the group will actually meet at any time this year.

I declare under penalty of perjury under the laws of the United States that the foregoing is true.

5

Executed this 1st day of March, 2023, in San Jose, California.

MICHELLE MAYHEW

# Exhibit A

San José
Unified
School District

*Preparing today's students*
*to be the thinkers, leaders, and creators of*



# Pioneer High Club Application

## New Club Application Process for ASB Approval:

1. COMPLETE this form in its entirety. If you have any questions along the way, please email Ms. Mayhew, Activities Director, @ mmayhew@sjusd.org

2. Results and "next steps" for club acceptance will be emailed out on Friday 9/2/22. All clubs will be required to have a NEW club constitution on file, and to provide the School with any other bylaws, governance or policy documents used by the club.

* Sign that you have read and understand the "Application Process": **N.M.**

## Notes on Which Clubs Can Be Approved:

1. Clubs that MEET OFF CAMPUS for a majority of events will NOT be approved due to school liability concerns.

2. Clubs whose primary purpose is to CREATE AND SELL HOME GOODS (FOODS AND CRAFTS) will not be approved due to school food handling policies and sales policies.

3. Clubs who DO NOT PLAN TO CONTRIBUTE to the Pioneer Community will not be approved.

4. Clubs with a SIMILAR PURPOSE TO OTHER PRE-APPROVED CLUBS will be invited to join an existing club due to lack of staff supervision, school resources, and ASB support. New Clubs with SIMILAR PURPOSES will also be encouraged to "merge" to combine resources and student interest due to lack of staff supervision, school resources, and ASB Monitoring.

* Sign that you have read and understand "Notes on Which Clubs Can Be Approved": **N.M.**

## Potential Club Information:

1. Potential Club Name (do not add **"Pioneer"** to name): Fellowship of Christian Athletes

2. First and Last Name of person filling out this form: **N.M.**

3. Email (NOT school email) of person filling out this form: **N.M.**

4. Grade Level of person filling out this form:

   □ 9                              □ 11
   □ 10                             ☑ 12

5. Description, Purpose and Objective of club: To create a community of students learning about Christ, including his life and teachings, with a common interest of sports and welcoming all students to attend its meetings and activities.



San José
Unified
School District

*Preparing today's students
to be the thinkers, leaders, and creators of*

# Pioneer High Club Application

6. Has this club existed at Pioneer High School before?

☑ Yes (year) _several_          ☐ No

7. Classify club's Purpose (Check all that apply):

☑ Athletic                      ☑ Education/ Information

☑ Service                       ☑ Culture/Religion/Politics

☑ Interest / Hobby

8. Potential PHS Staff Advisor First and Last Name: Ashley Coleman

   a. Staff Advisor Signature: _____

9. Is this club affiliated with a Larger (City/ State/ National) Organization?

☑ Yes                           ☐ No

   a. If yes, List Organization Name Here and Explain the Role of the Larger Organization
      with the club: FCA, also known as Pioneer FCA, voluntarily affiliates with Fellowship of Christian Athletes

   b. Attach Larger Organization Constitution/ Bylaws/Criteria for Leadership or
      Membership.

10. Will any other Non-School Persons (e.g. parents, community members, students from other
    schools) be involved in the club? If so, explain: The leaders will sometimes invite
    parents and community members to attend (e.g., to bring pizza or be guest speakers).

11. Club Meeting DAY:

☐ Monday                        ☐ Thursday

☑ Tuesday                       ☐ Friday

☐ Wednesday

12. LOCATION Club Meetings will be help in: Ms. Coleman's office or the PAC

13. Club Meeting TIME *(Club meetings CANNOT be held during Advisory/ Tutorial time)*:

☐ Brunch                        ☐ After School

☐ Lunch                         ☑ Unsure at this time

14. FREQUENCY of Club Meetings:

☐ Weekly                        ☐ Monthly

☑ Twice a month                 ☐ Unsure at this time

15. Explain any qualifications for membership or leadership, and how members and leaders
    (including officers, club representatives and/or committee heads) will be selected. (Note if
    students may hold membership or leadership positions in the club based on criteria set by
    an affiliated organization, the criteria and affiliated organization must be fully disclosed).



San José
Unified
School District

*Preparing today's students*
*to be the thinkers, leaders, and creators of*

# Pioneer High Club Application

Any student may be a member and participate in club activities. Student leaders must agree with the religious

beliefs of Pioneer FCA and agree to conduct themselves according to those beliefs, which they do by signing

the FCA Student Leader Application. Leaders will be chosen by a democratic process.

16. What leadership positions does the club have or expect to have, and what are their roles? If leaders for the group (or committees within the group) are already known, please provide their names and titles:

　1.) President: lead prayer, worship, and religious discussions; plan activities; invite guest speakers

　2.) Vice President: lead prayer, worship, and religious discussions; plan activities; invite guest speakers

　3.) Secretary: lead prayer, worship, and religious discussions; plan activities; invite guest speakers

　4.) _____

　5.) _____

17. Does the Club plan to RAISE MONEY to spend or donate?

　☑ Yes

　☐ No (You do NOT need to answer the questions)

18. WHAT does the Club plan to spend on?

　1.) Pizza for meetings

　2.) Poster and flyer materials

　3.) Toys for homeless children and presents for their families at Christmas

　4.) _____

　5.) _____

19. HOW does the Club plan to raise money to spend or donate? List up to 5 potential fundraisers

　1.) Car wash

　2.) Krispy Kreme Donut fundraiser

　3.) Candy fundraiser

　4.) Gatorade drive

　5.) _____

20. If you plan to DONATE funds, what organization/ cause will the funds be donated to?
Toys for homeless children and presents for their families at Christmas

21. Does the club need any special equipment or accommodations? If so, describe: No


San José
Unified
School District

*Preparing today's students*
*to be the thinkers, leaders, and creators of*

Case 2221-5582703/01/20022 IDD1 20684073 DR Entry 108-3, Page 82 of 225

# Pioneer High Club Application

22. Does the club agree to the following Affirmation Statement? (Please sign below indicating your agreement). **We agree with the language below subject to the explanation above in response to Question 15 that we ask our leaders to agree with our religious beliefs as stated in the FCA Student Leader Application.**

Our student organization seeks ASB recognition. As such, we do understand and affirm the following:

- o We shall allow any currently enrolled student at the ___Pioneer High___ School to participate in, become a member of, and seek or hold leadership positions in the organization, regardless of his or her status or beliefs.

- o We shall not adopt or enforce any membership, attendance, participation, or leadership criteria that excludes any student based on gender, gender identity, and/or expression, race, inclusive of traits historically associated with race, including but not limited to, hair texture and protective hairstyles such as braids, locks, and twists, color, religion, ancestry, national origin, immigration status, ethnic group, pregnancy, marital or parental status, physical or mental disability, sexual orientation, based on the perception of one or more such characteristics, or based on association with a person who has or is perceived to have any of those characteristics.

- o We may adopt non-discriminatory criteria regarding being a member, leader or representative of the organization, or exercising voting privileges, such as regular attendance at group meetings, participation in group events, participation in the group for a minimum period of time, or participation in orientation or training activities. Membership levels (e.g. voting versus non-voting membership) will not be based on any prohibited discriminatory criteria.

- o We shall select our leaders (including officers or other representatives) by a democratic method [AR 615.5 Student Organizations and Equal Access]

- o We shall comply with District and school site policies and regulations as well as all applicable laws, whether on or off campus. Failure to comply with applicable standards may result in the revocation or non-renewal of recognition, loss of privileges, student discipline, or other sanctions.

- o We shall not restrict eligibility for membership, attendance, participation, or leadership to any student in violation of the District's All Comers policies.

- o We shall not engage in any conduct in violation of the District's anti-hazing policies.



San José
Unified
School District

*Preparing today's students*
*to be the thinkers, leaders, and creators of*

# Pioneer High Club Application

We acknowledge:

- o The District reserves the right to non-renew or revoke recognition of any student organization that fails to comply with District or school policy or requirements, or for any other reason allowed by law.
- o Should we choose not to seek ASB recognition, we are still permitted to meet on campus of our own volition (consistent with all health restrictions that may be in place), as long as our activities do not substantially disrupt or materially interfere with the educational environment.

Signatures of Club Organizers:

N.M.

B.C.

Date: 08/26/22

Date: 8/26/22

Date:

# Exhibit B

# Club Application

Club Application





**MS. MAYHEW *(She/Her)*** , ███████████

San José Unified School District

September 7, 2022 at 9:39am



Good Morning, Mustangs

I hope you had a great weekend. I am sending this email letting you know that I have received your club application. There will be a MANDATORY Club Meeting (one representative per club) on Monday, September 12 @ lunch in the PAC. Please make sure a representative is present for your club. Club Rush, as of right now, is on HOLD (we will talk about this at our meeting) and I will let you know when to expect Club Rush. Let me know if you have any questions or concerns. Have a great week.

PS. I also sent this email through the email address you provided. Please make sure you check to see if you received it. It may have gone to your spam.

Cheers,

Ms. Mayhew

# Exhibit C



San José
Unified
School District

# Associated Student Body
## «Club_Name»
## Club Constitution 2022-2023

1. Article I – Name of School and Name of Club
   1.1. This club is approved by and subject to the authority of the Associated Student Body (ASB) of «School».
   1.2. This club shall be called "«Club_Name»".

2. Article II – Purpose of Club
   2.1. The purpose of this club shall be "«Club_Purpose»".

3. Article III – Membership
   3.1. Membership in this club shall be limited to students currently enrolled at and, therefore, members of the student body at «School».
   3.2. Membership in this club and participation in any and all activities and programs of this club shall be open to all students and not restricted in any way other than what is specifically stated herein.
   3.3. Membership in this club shall begin when a student signs the club roster for this club.
   3.4. Membership shall end at the conclusion of each school year.
   3.5. Membership shall end when a member fails to attend three consecutive meetings of this club.

4. Article IV – Officers and Leadership Positions
   4.1. This club shall have a president.
   4.2. This club shall have a representative to ASB.
   4.3. The president of this club may also serve as the ASB representative of this club.
   4.4. This club may establish additional officer positions such as vice president, secretary, or treasurer.
   4.5. This club may establish additional leadership positions such as outreach chair or event organizer.
   4.6. The establishment of additional officer positions or leadership positions shall be done by a simple majority of members of this club present at the time of the action.

5. Article V – Elections and Terms
   5.1. Any member of this club is eligible to serve in any officer and leadership position and service shall not be restricted in any way other than what is specifically stated herein.
   5.2. No member of this club shall serve in more than one officer or leadership position at any given time other than what is specifically stated herein.
   5.3. Elections for vacant officer and leadership positions shall be held within thirty school days of the position becoming vacant.
   5.4. Notice of any election shall be provided to all members of this club at least five school days prior to the day the election is held.

5.5. All officer and leadership positions shall be elected by a simple majority of members of this club present at the time of the election.

5.6. The term of all officer and leadership positions shall end at the conclusion of each school year.

5.7. Officer and leadership positions shall be vacant when the elected member fails to attend two consecutive meetings of this club.

6. Article VI – Meetings

6.1. Regular meetings of this club shall be scheduled at least once every thirty school days.

6.2. Regular meetings of this club shall be held at «School» on dates, at times, and in rooms finalized by the activities director and the teacher advisor for this club.

6.3. Special meetings of this club shall be scheduled if a simple majority of members of this club present at the time determine that scheduling a special meeting is necessary.

6.4. Special meetings of this club shall be held on dates, at times, and in locations finalized by the activities director and the teacher advisor for this club.

6.5. Only members of this club shall direct, conduct, control, and regularly attend meetings of this club. All meetings of this club shall be held under the direct supervision of the teacher advisor for this club.

6.6. The president of this club shall conduct all meetings in accordance with generally accepted parliamentary procedures that enable this club to carry out the will of the majority. The president of this club may delegate to an officer or leader of this club this duty when the president is absent.

6.7. Minutes shall be kept for each meeting of this club and those minutes shall be submitted to ASB by the representative to ASB as soon as the minutes are approved by this club.

7. Article VII – Governance and Termination

7.1. Any and all activities conducted by this club are subject to the rules, regulations, and policies of the Associated Student Body of «School», the San José Unified School District, and the State of California. Applicable requirements include, and are not limited to, the following:

a) the prohibition of discrimination in membership, leadership, and participation in accordance with California Education Code section 220 and California Code of Regulations, Title 5, section 4926; and

b) the prohibition of harassment, intimidation, bullying, and hazing in accordance with California Education Code section 234 and California Penal Code section 245.6; and

c) the compliance with nutrition standards and other restrictions on the service, sale, or distribution of food and beverages to students during the schoolday in accordance with California Education Code section 49431; and

d) the authorization by the San José Unified School District Board of Education or its designees to conduct fund-raising activities on school property during school hours in accordance with California Education Code section 48932; and



e) the expenditure of club funds subject to the approval of the San José Unified School District Board of Education designee, the teacher advisor for this club, and an officer or leader of this club in accordance with California Education Code section 48933.

7.2. This club may be disciplined or terminated for a breach of this constitution or for a violation of any rule, regulation, or policy of the Associated Student Body of «School», the San José Unified School District, or the State of California.

7.3. This club shall be automatically terminated when there is no teacher advisor for this club.

7.4. This club shall be automatically terminated when the total number of members is less than five at any time.

7.5. This club shall be automatically terminated when it fails to meet at least six total times in any given school year.

7.6. Termination of this club for any of the causes stated in 7.2 above may be appealed to the superintendent of schools or the individual designated by the superintendent for such appeal.  An appeal must be submitted to the superintendent or the designee within thirty school days of the termination. The determination of the superintendent or the designee shall be final.

7.7. Any and all assets of this club shall become the property of the Associated Student Body of «School» immediately upon termination.

8. Article VIII – Club Constitution

8.1. This Club Constitution shall be provided to each member of this club at the time of membership.

8.2. This Club Constitution may only be amended through written permission of the superintendent of schools or the individual designated by the superintendent for such amendments. This Club Constitution shall be automatically amended to include any modifications required by the San José Unified School District.

9. Article IX – Supersession

9.1. This Club Constitution supersedes all prior constitutions of this club. Should this Club Constitution be in conflict with any other governance document pertaining to this club, this Club Constitution shall control.

10. Article X – Severability

10.1. Should any provision of this Club Constitution be determined to be invalid, illegal or unenforceable in any respect, such provision shall be severed and the remaining provisions shall continue as valid, legal, and enforceable.



# Exhibit D

# Club Rush



 **MS. MAYHEW** *(She/Her)* , ▮▮▮▮▮
San José Unified School District

January 9, 2023 at 10:15am



Good Morning, Mustangs!

Welcome back and Happy 2023! I hope you all enjoyed your Winter Break. I am sending this email to let you all know that Club Rush this week has been postponed to Thursday (1/12) at lunch in the quad. I know this is not ideal, but since it has been raining, Thursday looks like the best day. Below are some reminders about Club Rush. Please let me know if you have any questions or concerns.

Club Rush Reminders:

1. Bring a poster board or something similar to advertise your club
2. You may NOT hand out homemade food. Small candy/items are ok.
3. Provide a sheet with a way to have students sign-up for your club.
4. Provide a way of communication with your fellow club members (ie. email, GroupMe, Text, Google Classroom). NO SOCIAL MEDIA ACCOUNTS
5. You will get a call slip 10 minutes before the start of lunch on Thursday to set-up your table.
6. Each club will get their own table for their club.
7. Please make sure to take down your table and supplies once the bell rings on Thursday.

I look forward to seeing you all on Thursday at lunch!

Cheers,

Ms. Mayhew

# Exhibit E

# FCA



 **MS. MAYHEW** *(She/Her)* , ▮▮▮▮▮▮▮▮
San José Unified School District

February 3, 2023 at 9:47am



Good Morning,

I am reaching out again to see if FCA plans on meeting as a club this year? Reminder that Mrs. Day and Mr. Koring are your advisors and are willing to help out with whatever you need. Please let me know either way. Thank you both and reach out if you have any questions or concerns.

Cheers,
Ms. Mayhew

# Exhibit F

**From:** ███████████████████
**Sent:** Friday, February 3, 2023 2:19 PM
**To:** Mayhew, Michelle <mmayhew@sjusd.org>
**Subject:** [Caution] Re: Club Meetings

> **This email is from an external sender. Thank you for being fully certain of both the sender and the contents of the message before you reply or click on any link. If you are not certain, delete the email and call the sender for more information.**

Hi Ms. Mayhew! I apologize I wasn't sure last time but FCA club does want to keep being an official club this semester. Can you please add our club to the list of school clubs online? Also, can you please let me know how we can apply for funding?
I wanted to let you know that we have new incoming club officers for n this semester, too! I'll send you an email introducing them soon.


Thanks for your help!

████████

CAUTION: This email originated from outside of the DANNIS WOLIVER KELLEY organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. Never open unsolicited email links or attachments you did not ask for.

CAUTION: This email originated from outside of the DANNIS WOLIVER KELLEY organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. Never open unsolicited email links or attachments you did not ask for.