# EXHIBIT 3

No. 22-15827

## IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

FELLOWSHIP OF CHRISTIAN ATHLETES, AN OKLAHOMA CORPORATION, ET AL.,

Plaintiffs-Appellants,

v.

SAN JOSE UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, ET AL.,

Defendants-Appellees,

Appeal from the United States District Court
For the Northern District of California
Honorable Haywood S. Gilliam, Jr.
(4:20-cv-02798-HSG)

## DECLARATION OF TIM KORING IN SUPPORT OF APPELLEES' CONDITIONAL CROSS-MOTION TO SUPPLEMENT RECORD

Amy R. Levine
alevine@DWKesq.com
Dannis Woliver Kelley
200 California Street, Suite 400
San Francisco, CA 94111
Telephone: (415) 543-4111

Richard B. Katskee
katskee@au.org
Kenneth D. Upton, Jr.
upton@au.org
Americans United for Separation of Church and State
1310 L Street NW, Suite 200
Washington, DC 20005
Telephone: (202) 466-3234

Stephen P. Berzon
sberzon@altber.com
Stacey M. Leyton
sleyton@altber.com
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151

*Attorneys for Defendants-Appellees*
*San Jose Unified School District Board of Education, et al.*

I, TIM KORING, declare and state:

1. I am submitting this declaration in support of Appellees'/Defendants' Motion to Supplement the Record. I know the facts stated in this declaration to be true based on my own personal knowledge, and if called as a witness, I could and would competently testify to them.

2. I am a Social Studies teacher at Pioneer High School ("Pioneer"), a secondary school within the San Jose Unified School District ("District"). I am one of two faculty advisors who volunteered to be assigned by the District to advise Pioneer FCA. Two students, N.M. and B.C. (whom I refer to by their initials) signed and submitted a club application on August 26, 2022 to Michelle Mayhew, Pioneer's Activities Director. Since the club initially had no faculty advisor, I signed the application as faculty advisor in early September 2022. It is my understanding that the application was approved and the club was given ASB recognition shortly thereafter. According to the application, the club was going to meet twice a month on Tuesdays.

3. Both N.M. and B.C. are seniors this year. Although N.M. is a student in one of my classes, I never heard anything from her about Pioneer FCA all year. No meetings were conducted in my classroom, and I was never asked whether the group could hold any meetings in my room. I was also not asked about the group's organizing any events. In fact, no one from Pioneer FCA approached me at all about anything having to do with the club. To the best of my knowledge, neither N.M. nor B.C. ever contacted my co-advisor Sarah Day either, and Ms. Day performed no advisor duties for the club this year either.

4. On January 12, 2023, Pioneer High School had its annual club rush. Sarah Day and I went to the event to support the club, but we learned that no one was at the FCA table, so we left. After no one showed up on Pioneer FCA's behalf

2

at club rush, I asked Pioneer's principal, Brad Craycroft, to confirm for me who the student leader of the club was supposed to be for this year so that I could follow up. On or about January 20, 2023, he confirmed that N.M. was one of the leaders listed in the application.

5. On or around January 20, 2023, I spoke with N.M. about Pioneer FCA. I asked her whether there was an FCA club that wanted to meet and told her that Sarah Day and I were the group's advisors. She told me she had already spoken to Michelle Mayhew, the Activities Director, about the club last week. She said that she and the other Pioneer FCA officer, B.C., are both seniors and very busy, and since the year was almost over it was not worth organizing the group or holding meetings. I asked whether there was anyone else who was interested in running the club and she indicated that although there were two juniors who were potential club members, they were not interested in leading the club this year either. I told N.M. that Ms. Day and I were still willing to be their advisors and that they could meet in my classroom. I asked her to go back and talk with the others who were potentially interested in the club and told her we could revisit this issue the following week.

6. On Thursday, January 26, 2023, I spoke with N.M. again. I told her to expect an email from Ms. Mayhew, and that she needed to let Ms. Mayhew know if she was going to have the club this year. N.M. told me that she was not going to run the club this year, and that another student (not B.C., who had signed the application along with N.M.) wanted to set up and run the club. I told N.M. to write that in her email response to Ms. Mayhew, along with the name of the student or students who were going to run the club. N.M. did mention one name to me, but I decided to wait to make contact until Ms. Mayhew received N.M.'s response.

7. On the morning of January 31, 2023, I spoke with B.C. She said she was unsure if she or others would start the club this year. I told her to talk it over with the other students who might want to be involved and then to inform Ms. Mayhew and me. I also told her that Ms. Mayhew would be sending out an email asking if Pioneer FCA wanted to meet this semester and asking that the club identify its new leaders. I also reiterated to her that if they decided to meet this year, that my room or Ms. Day's room could be used for the meeting place.

8. I never heard back from N.M., B.C., the student N.M. mentioned, or any other students saying they wanted to be involved with Pioneer FCA this year, and as of the date of this Declaration, the club has, to my knowledge, still not yet met on campus this school year.

9. I am informed that a student recently approached the other faculty advisor for Pioneer FCA and expressed interest in starting to hold club meetings. My understanding, however, is that to date no such meetings have been scheduled or have actually occurred.

I declare under penalty of perjury under the laws of the United States that the foregoing is true.

Executed this 28th day of February, 2023, in San Jose, California.

_____  3/1/23
TIM KORING