# EXHIBIT 4

No. 22-15827

# IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

FELLOWSHIP OF CHRISTIAN ATHLETES, AN OKLAHOMA CORPORATION, ET AL.,

Plaintiffs-Appellants,

v.

SAN JOSE UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, ET AL.,

Defendants-Appellees,

Appeal from the United States District Court
For the Northern District of California
Honorable Haywood S. Gilliam, Jr.
(4:20-cv-02798-HSG)

# DECLARATION OF AMY R. LEVINE IN SUPPORT OF APPELLEES' CONDITIONAL CROSS-MOTION TO SUPPLEMENT RECORD

Amy R. Levine
alevine@DWKesq.com
Dannis Woliver Kelley
200 California Street, Suite 400
San Francisco, CA 94111
Telephone: (415) 543-4111

Richard B. Katskee
katskee@au.org
Kenneth D. Upton, Jr.
upton@au.org
Americans United for Separation of Church and State
1310 L Street NW, Suite 200
Washington, DC 20005
Telephone: (202) 466-3234

Stephen P. Berzon
sberzon@altber.com
Stacey M. Leyton
sleyton@altber.com
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151

*Attorneys for Defendants-Appellees San Jose Unified School District Board of Education, et al.*

1

I, AMY R. LEVINE, declare and state:

1. I am a member in good standing of the Bar of the State of California and am admitted to practice before this Court. My firm represents Defendants-Appellees San Jose Unified School District *et al.* (the "District") in the above-captioned case. I am submitting this Declaration in support of the District's Conditional Cross-Motion to Supplement the Record. This declaration is based on my own personal knowledge. If called as a witness, I could and would testify to the following matters.

2. On August 30, 2022, the day after the Ninth Circuit issued a decision in this matter, I emailed a letter to Daniel Blomberg, counsel for Plaintiffs-Appellants (hereinafter, "FCA"). In that letter, I advised Mr. Blomberg that I had consulted with the District and confirmed that if Pioneer FCA submitted an application for ASB recognition, it would be approved in accordance with the Ninth Circuit's opinion. A true and correct copy of that letter is attached hereto as Exhibit A.

3. Mr. Blomberg later asked me if the District would find a faculty advisor for Pioneer FCA. On September 8, 2022, I emailed Mr. Blomberg to confirm that the District would approve Pioneer FCA's application even if the club had not obtained a faculty advisor on its own. In that email, I also advised Mr. Blomberg, "We anticipate that the District will assign a certificated staff member to serve as the official advisor if Pioneer FCA does not find its own advisor, but in either case, Pioneer FCA will be recognized by September 15 as previously stated." A true and correct copy of that email is attached hereto as Exhibit B.

4. On September 15, 2022, I emailed Mr. Blomberg confirming that Pioneer FCA's application for ASB recognition had been approved. I also informed him that pursuant to his request, the District had found two Pioneer

faculty members who were willing to serve as co-advisors for Pioneer FCA, Sarah Day and Tim Koring, and I asked him to pass along this information to his clients. A true and correct copy of that email is attached hereto as Exhibit C.

I declare under penalty of perjury under the laws of the United States that the foregoing is true.

Executed this 28th day of February, 2023, in Petaluma, California.

                                           /s/ Amy R. Levine
                                           AMY R. LEVINE

# Exhibit A



**AMY R. LEVINE**
Attorney at Law
alevine@DWKesq.com

**San Francisco**

---

August 30, 2022

***VIA EMAIL***

Daniel Bloomberg
THE BECKET FUND FOR RELIGIOUS LIBERTY
1919 Pennsylvania Avenue, Suite 400
Washington, DC 20006
dblomberg@becketlaw.org

Re:    FCA Pioneer Application for ASB Recognition
         Our file 6875.10320

Dear Daniel:

We understand from your recent filings with the Ninth Circuit that FCA Pioneer has one or more students who are interested in forming a club and applying for ASB recognition this year. We also understand that you have a signed application ready to be submitted. I have spoken with the District and have confirmed that if an FCA application is submitted, it will be approved in accordance with the Ninth Circuit's August 29, 2022 decision. As a reminder, the application deadline for Pioneer is September 2.

Please feel free to contact me should you have any questions.

Sincerely,

DANNIS WOLIVER KELLEY

Amy R. Levine

ARL:SJN
cc:  Stephen McMahon
       Nancy Albarran

**SAN FRANCISCO**
200 California Street
Suite 400
San Francisco, CA 94111
TEL 415.543.4384
FAX 415.543.4384

**LONG BEACH**
444 W. Ocean Blvd.
Suite 1070
Long Beach, CA 90802
TEL 562.366.8500
FAX 562.366.8505

**SAN DIEGO**
750 B Street
Suite 2600
San Diego, CA 92101
TEL 619.595.0202
FAX 619.702.6202

**CHICO**
2485 Notre Dame Blvd.
Suite 370-A
Chico, CA 95928
TEL 530.343.3334
FAX 530.924.4784

**SACRAMENTO**
555 Capitol Mall
Suite 645
Sacramento, CA 95814
TEL 916.978.4040
FAX 916.978.4039

**BERKELEY**
2087 Addison Street
2nd Floor
Berkeley, CA 94704
TEL 510.345.6000
FAX 510.345.6100

**FRESNO**
7170 N. Financial Drive
Suite 135
Fresno, CA 93720
TEL 559.388.5802
FAX 559.388.5803

www.DWKesq.com

DWK DMS 3902355v1

# Exhibit B

**From:** Amy Levine <alevine@dwkesq.com>
**Sent:** Thursday, September 8, 2022 10:44 AM
**To:** dblomberg@becketlaw.org
**Cc:** Stacey Leyton <sleyton@altshulerberzon.com>; Casey Pitts <cpitts@altshulerberzon.com>; Stephen Berzon <sberzon@altshulerberzon.com>; Andrea Brott <abrott@dwkesq.com>; Richard Katskee [katskee@au.org] <katskee@au.org>; Ken Upton [upton@au.org] <upton@au.org>; Samantha Neuber <sneuber@dwkesq.com>
**Subject:** Response to Your September 7, 2022 Letter

Daniel,

This email confirms that the District will provide Pioneer FCA with ASB approval this year despite its inability to obtain a faculty advisor on its own. But, to set the record straight, we wanted to note that the requirement that students seeking ASB approval of a club obtain a faculty advisor's signature is not new, nor is it something that has been uniquely applied to FCA. Instead, it is a longstanding requirement that student clubs, including FCA Pioneer, have complied with in the past. FCA Pioneer's application forms from 2017, 2018 and 2019 are attached for your reference, as is the information sheet Michelle Mayhew previously provided to students seeking to submit an application in 2019, all of which were previously produced to Plaintiffs in discovery. Also, please see the District's Administrative Regulation 6145.5, https://simbli.eboardsolutions.com/Policy/ViewPolicy.aspx?S=36030421&revid=AXMWp4sq3ZvlebwRimqPQA==&ptid=amIgTZiB9plushNjl6WXhfiOQ==&secid=ruE8yj8gaZHBkLjNHWmKZw==&PG=6&IRP=0, which says that an application form for recognition must include the name of the faculty sponsor. Although it is the students' responsibility to secure a staff member willing to act as advisor, the District will accommodate FCA Pioneer's request to proceed without its having complied with this requirement. We anticipate that the District will assign a certificated staff member to serve as the

official advisor if FCA Pioneer does not find its own advisor, but in either case, Pioneer FCA will be recognized by September 15 as previously stated.

Again, we do not agree with your characterization of the District's obligations under the Ninth Circuit's decision, but you have our commitments above regardless.

Regarding the other allegations in your September 7 letter, it would be helpful if you could provide us with the name of the Pioneer employee who you say told students and parents that the school perceives FCA as toxic and declined to serve as an advisor on that basis, as well as any further information you may have about why Ms. Coleman changed her mind about acting as the FCA Pioneer advisor.   In addition, if you are looking for a response regarding student journalists contacting FCA Pioneer organizers, you will also need to let us know more specifics about the incident and what, specifically, you are asking the District to do about it.

Finally, we ask that you refrain from copying District employees on any further emails or letters on this matter in accordance with your ethical obligations.  Your anticipated cooperation is appreciated.


Amy R. Levine
Attorney at Law
**DANNIS WOLIVER KELLEY**
200 California Street, Suite 400
San Francisco, CA 94111
TEL: 415.543.4111
FAX: 415.543.4384
alevine@dwkesq.com
www.DWKesq.com

*Note: Our San Francisco office has moved! Please update your records.*

This email message is for the sole use of the intended recipient(s). It may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please alert the sender by reply email and destroy all copies of the original message.

# Exhibit C

# Samantha Neuber

| | |
|---|---|
| **From:** | Amy Levine |
| **Sent:** | Thursday, September 15, 2022 11:02 AM |
| **To:** | 'Daniel Blomberg' |
| **Cc:** | Samantha Neuber; Nick Reaves; James Kim; Abigail Smith; Kim Colby; cjs; Casey Pitts; Stephen Berzon; Andrea Brott; Richard Katskee [katskee@au.org]; Ken Upton [upton@au.org]; 'Stacey Leyton'; William B. Tunick |
| **Subject:** | Pioneer FCA ASB Application |

Daniel,

This email is to confirm that FCA Pioneer is given official ASB recognition for this school year, as we previously represented. Pursuant to your request, the District has found two teachers who have agreed to serve as co-advisors for the club this year, Sarah Day and Tim Koring. Please pass this information along to your client so that they are aware of this decision. Please note that official club activities may not yet be underway at Pioneer, as FCA is the only club that has received approval so far this year, as far as we are aware.

Amy R. Levine
Attorney at Law
**DANNIS WOLIVER KELLEY**
200 California Street, Suite 400
San Francisco, CA 94111
TEL: 415.543.4111
FAX: 415.543.4384
alevine@dwkesq.com
www.DWKesq.com

***Note: Our San Francisco office has moved! Please update your records.***

This email message is for the sole use of the intended recipient(s). It may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please alert the sender by reply email and destroy all copies of the original message.