UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 05 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FELLOWSHIP OF CHRISTIAN ATHLETES, an Oklahoma corporation; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> SAN JOSE UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION; et al., <br><br> Defendants - Appellees. | No. 22-15827 <br><br> D.C. No. 4:20-cv-02798-HSG <br> U.S. District Court for Northern California, Oakland <br><br> **MANDATE** |

The judgment of this Court, entered September 13, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT